UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EMILIO PINERO,<br>Plaintiff,<br>vs.<br><br>THE QUANTUM INVESTMENT GROUP, LLC. and SEA TOWN OF MIAMI, CORP.,<br>Defendant(s). | Case No: 24-cv-23817-KMW |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff, EMILIO PINERO (referred to as "Plaintiff"), and Defendant, THE QUANTUM INVESTMENT GROUP, LLC., by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents. The parties expect to file the appropriate dismissal documents within thirty (30) days.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
*Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
*Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com

s/ Hugo L. Garcia
Hugo L. Garcia (FBN: 1002333)
*Attorney for Defendant The Quantum Investment Group, LLC.*
FGC ATTORNEYS
3401 NW 82 Ave., Suite 360
Doral, FL 33132
(305) 704-2500
HGarcia@generalcounselfl.com