**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-23817-CV-WILLIAMS**

EMILIO PINERO,

Plaintiff,

v.

QUANTUM INVESTMENT GROUP, LLC, *et al.*,

Defendants.
_____________________________________/

# FINAL DEFAULT JUDGMENT

**THIS MATTER** is before the Court on Plaintiff Emilio Pinero's Verified Motion for Default Judgment Against Defendant Sea Town of Miami, Corp. Only (DE 17) ("***Motion***"). For the reasons stated in the Court's Order granting the Motion (DE 19), the Court enters **FINAL JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of Plaintiff Emilio Pinero and against Defendant Sea Town of Miami, Corp. ("***Sea Town***") as follows:

**1.** Plaintiff's counsel is entitled to recovery of reasonable attorney's fees and taxable costs incurred in this action totaling **Four-Thousand, Six-Hundred and Sixty-Three Dollars and Seventy-Two Cents.**

**2.** By **May 31, 2025**, Sea Town shall take all necessary steps to bring the Subject Property into full compliance with the requirements set forth in the Americans with Disabilities Act ("***ADA***"), and its implementing regulations, so that its property is fully accessible to disabled persons, by specifically remediating the following barriers to access:

**Cashier Counter**

i. Counter does not provide a lower portion contrary to 2010 ADA Code §904.4.1;

**Route towards Public Restroom**

i. Furniture encroaches passage width contrary to 2010 ADA Code §403.5.1;

**Unisex Accessible Restroom - General Area**

i. Permanent room identifying signage is mounted on the door leaf at a non-compliant height above the finished floor contrary to 2010 ADA Code §703.4.1;

ii. Door has a non-compliant door opening force contrary to 2010 ADA Code §404.2.9;

iii. Shelve encroaches over maneuvering clearance on the push side of the door contrary to 2010 ADA Code §404.2.4;

iv. Non-compliant knob-type door hardware, requiring grasping and turning of the wrist to operate contrary to 2010 ADA Code §404.2.7;

v. Non-compliant locking door hardware, requiring grasping and turning of the wrist to operate contrary to 2010 ADA Code §404.2.7;

vi. Maneuvering clearance on the pull side of the door is 2.75" contrary to 2010 ADA Code §404.2.4;

vii. Lavatory has unwrapped bottom sink pipes. Failing to maintain the pipes cover against contact contrary to 2010 ADA Code §606.5;

viii. Lavatory mirror is mounted at 47.5" above the finished floor to bottom edge of its reflecting surface contrary to 2010 ADA Code §603.3;

ix. Soap dispenser is mounted beyond required reach allowed for approach provided and is mounted at 49.5" above the finished floor contrary to 2010 ADA Code §308.2.1;

x. Paper towel dispenser is mounted beyond required reach allowed for approach provided and is mounted at 61.5" above the finished floor contrary to 2010 ADA Code §308.2.1;

xi. Lavatory is mounted at 35.25" above the finished floor to top of rim contrary to 2010 ADA Code §606.3;

**Unisex Accessible Restroom - Accessible Stall**

i. Clearance around the water closet or toilet compartment is 35" wide contrary to 2010 ADA Code §604.3.1c;

ii. Toilet compartment (stall) door does not provide pull handles on both sides of the door near the latch contrary to 2010 ADA Code §604.8.1.2;

iii. Accessible toilet compartment (stall) door is not located in partition or side wall farthest from water closet contrary to 2010 ADA Code §604.8.1.2;

iv. Toilet tissue dispenser is mounted at behind water closet outer leading edge contrary to 2010 ADA Code §604.7;

v. Toilet compartment (stall) door does not provide self closing hinges contrary to 2010 ADA Code §604.8.1.2;

vi. Water closet does not have a rear wall grab bar contrary to 2010 ADA Code §604.5.2;

vii. Water closet flush control is toward the wall side contrary to 2010 ADA Code §604.6;

viii. Accessible toilet compartment (stall) is 35" by 53.75" wide contrary to 2010 ADA Code §604.8.1.1;

ix. Water closet side wall grab bar is mounted at 44.5" perpendicular from rear wall to centerline of its outer flange contrary to 2010 ADA Code §604.5.1.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 17th day of December, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE